UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH ALBERT GANDOLFF

    Plaintiff

vs.
                                CASE NO: ~~1:06-cv-00108-MP~~-AK

1:07 mc 09 SPM/AK

BY THE PLANET, INC.

    Defendant

_____/

PAYPAL, INC.

    Garnishee

**MOTION TO ISSUE WRIT OF GARNISHMENT AFTER JUDGMENT**

GANDOLFF v. AMAZON.COM INC            Doc. 1

Comes now Plaintiff Joseph Albert Gandolff moves the Court, pursuant to Rule 64 and 69 of the Federal Rules of Civil Procedure, and Chapter 77 of the Florida Statutes, to issue a Writ of Garnishment against Garnishee PayPal, Inc. and as grounds therefore alleges that the Plaintiff Joseph Albert Gandolff obtained a judgment against Defendant By The Planet, Inc. for the sum of $2,768.72. The Plaintiff does not believe that the Defendant has in possession visible property upon

FILED 07 APR 17 AM 5:12

which a levy can be made sufficient to satisfy the said judgment. The Plaintiff has reason to believe that the above named Garnishee has in said Garnishee's hand, possession or control goods, monies, chattels, or effects belonging to the Defendant.

The Plaintiff further moves the Court to award to the Plaintiff statutory interest plus the costs incurred and in this garnishment action.

Respectfully submitted,

Dated: April 17, 2007

Joseph Albert Gandolff
Plaintiff Pro Se
1841 N.W. 55th Terrace
Gainesville, FL 32605-3344
(352)377-9920

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH ALBERT GANDOLFF

VS                                              CASE NO. 1:06-cv-00108-MP-AK

BY THE PLANET INC

### DEFAULT

Upon Application of the Plaintiff in the above styled cause and having examined the records and there appearing to be no responsive pleadings filed by the defendant, default is hereby entered against BY THE PLANET, INC. on January 25, 2007. Plaintiff JOSEPH ALBERT GANDOLFF shall recover from the defendant, BY THE PLANET, INC., the sum of $2,768.72.

WILLIAM M. McCOOL, CLERK OF COURT

January 25, 2007                s/Traci Abrams
DATE                            Deputy Clerk: Traci Abrams

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: [signature]
Deputy Clerk

Document No.