IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JOSEPH ALBERT GANDOLFF**

**Plaintiff**

vs.

CASE NO: 1:06-cv-00108-MP-AK

[handwritten: 1:07-mc-08 spm/AK]

**BY THE PLANET, INC.**

**Defendant**

_____/

**AMAZON COM INC.**

**Garnishee**

## MOTION TO PROCEED IN FORMA PAUPERIS

GANDOLFF v. AMAZON COM INC                                                                                    Doc. 2

I, Joseph Albert Gandolff, Plaintiff in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees. I am hereby submitting a financial affidavit in support of this motion.

_____
Signature of Plaintiff

AFFIDAVIT OF FINANCIAL STATUS MUST BE SUBMITTED WITH THIS MOTION.

[FILED stamp: 07 APR 17 AM 5:09]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
_____GAINESVILLE_____ DIVISION

JOSEPH ALBERT GANDOLFF_____.

(Enter full name of Plaintiff)

1:07-mc-08 SPM/AK

vs.                                   CASE NO: ~~1:06-cv-00108-MP-AK~~

BY THE PLANET, INC._____,
_____,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

_____/

AMAZON COM INC.

Garnishee

FILED 07 APR 17 AM 5:10

### AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statement regarding my marital status, residence, employment, and financial status:

I.  **MARITAL STATUS:**

    a.   Single · ·    Married · ·    Separated · ·    Divorced **X**

    b.   Dependants:   Spouse · ·    Children · ·    Others · ·

                          How many: __0__    How many: __0__

II. **RESIDENCE:**

    Plaintiff's address: Street <u>1841 NW 55th Terrace</u>

        Apt. _____ City <u>Gainesville</u> State <u>FL</u>

        Zip Code <u>32605</u> Phone <u>(352)</u> <u>377-9920</u>

        Do you own this property or rent: <u>Own</u>

III. **EMPLOYMENT:**

    Are you now employed? .. Yes    **X** No

    If now employed, name of Employer: _____

        Address of Employer: _____

        Employer's Phone # ( _____ ) _____

    Job title or description: _____

    How long have you been employed by present Employer? Year(s) _____ Mo. _____

    Gross Income: Monthly $_____ or Bi-Weekly $_____ or Weekly $_____

IV. **FINANCIAL STATUS:**

    1. Owner of Real Property:    Yes **X**    No ..

      a. Description: <u>Homestead</u>

      b. Address: <u>1841 NW 55th Terrace, Gainesville, FL 32605</u>

      c. In whose name is the property titled: <u>Karen Gandolff and Joseph Gandolff</u>

      d. Estimated value: $ <u>104,200.00</u>    Annual income from property $ <u>0</u>

      e. Amount owed on the property: $ <u>34,620.57</u>    Paid to: <u>Chase Manhattan Mortgage Corp.</u>

    2. Automobile:

      a. Make: <u>Ford</u>    Model: <u>Explorer XLT</u>    Year: <u>1992</u>

      b. In whose name registered: <u>Joseph Albert Gandolff</u>

      c. Present value of car: $ <u>1,000.00</u>    Amount owed: $ <u>0</u>

    3. Other Property:

      a. Cash on hand: $ <u>0</u>    Possess credit cards: Yes ..    No **X**

      b. Cash in Bank/Savings & Loan Assoc./Credit Union: $ <u>0.33</u>

      c. Names of Bank, Credit Union, and/or Savings & Loan Association:

        Name: <u>Compas Bank</u>    City: <u>Gainesville, FL</u>

        Name: _____    City: _____

        Name: _____    City: _____

4. Financial Obligations:
   a. Monthly rent on house/apartment: $_____   Mortgage: $492.65_____
   b. Other debts:
      To whom owed: _____   Amount: _____
      To whom owed: _____   Amount: _____
      To whom owed: _____   Amount: _____
      To whom owed: _____   Amount: _____
      To whom owed: _____   Amount: _____

      Total monthly payments on debts: ............... $        492.65_____

5. Sources of income other than those listed above:
   a. Total payments for support assistance such as Social Security Disability benefits, A.F.D.C., etc. $_____ per week    $1,004.00 per month
   b. Retirement benefits, including Social Security:
         $_____ per week    $_____ per month
   c. Amount of alimony, child support payments received:
         $_____ per week    $_____ per month
   d. Other income (royalties, dividends, interest, trust fund, etc.):
         Source: _____   $_____ per week  $_____ per month
         Source: _____   $_____ per week  $_____ per month
         Source: _____   $_____ per week  $_____ per month
   e. Do you regularly receive funds from a family member  Yes · ·   No X

      If so, amount: $_____   How often: _____

6. Spouse:
   a. Is your spouse employed:  Yes · ·   No · ·
   b. Place of employment: _____
   c. Job: _____
   d. Income: $_____

3

7. Other information pertinent to Plaintiff's financial status: (List any stocks, bonds, interests in trusts, either owned or jointly owned, in which Plaintiff has a beneficial interest)    None.

V. I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS AND INFORMATION PROVIDED ARE TRUE AND CORRECT.

SIGNED: _____

DATE: 4/17/2007