# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOSEPH ALBERT GANDOLFF,**

    **Plaintiff,**

vs.                                                            **CASE NOS. 1:07MC8-SPM/AK; 1:07MC9-SPM/AK; 1:07MC10-SPM/AK**

**BY THE PLANET, INC.,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed an amended complaint in Case No. 1:06CV108-MP/AK (doc. 6) alleging that his employer, By the Planet, Inc., had failed to pay him overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*. He was granted leave to proceed *in forma pauperis* and the complaint was served on defendant, who failed to answer. Plaintiff requested entry of default and because he was seeking a sum certain ($2,768.72), the Clerk entered a default judgment pursuant to Rule 55 (b)(1), Federal Rules of Civil Procedure, and the case was closed.

Plaintiff has apparently been unable to collect on this judgment and has now filed "writs of garnishment" he wants served on several "garnishees" allegedly holding property of By the Planet (Compass Bank (1:07MC10), Paypal, Inc. (1:07mc09), and Amazon.com (Case No. 1:07MC08).

The undersigned had previously suggested to Plaintiff to take the certified judgment of this court to an attorney to assist him in enrolling it, but apparently he has not taken action on this suggestion.  There is nothing that the Court is aware of in the Rules of Civil Procedure or other law to allow for a cause of action against entities holding property of a defendant against whom default judgment has been entered and as such it is recommended that these miscellaneous actions should be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motions for leave to proceed not be granted, and the above numbered causes be **DISMISSED** .

**IN CHAMBERS** at Gainesville, Florida, this 29th Day of June, 2007.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**Nos. 1:07MC8-SPM/AK; 1:07MC9-SPM/AK; 1:07MC10-SPM/AK**