IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH ALBERT GANDOLFF

    **Plaintiff,**

-vs-

    CASE NO.: 1:07-MC08-SPM-AK

BY THE PLANET, INC.

    **Defendant**

_____/

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR WRIT OF GARNISHMENT

    Plaintiff, JOSEPH ALBERT GANDOLFF hereby notifies the Court of his withdrawal of Motion for Writ of Garnishment in the above action.

GANDOLFF v. AMAZON COM INC     Doc. 5

    Plaintiff has learned, that Defendant BY THE PLANET, INC. has transferred monies contained in the garnishee account to Defendant BY THE PLANET, INC's Registered Agent, , Anthony Michael McKnight and other third parties, and Defendant has closed the garnishee account to avoid the judgment and thwart his judgment creditor, the Plaintiff, JOSEPH ALBERT GANDOLFF

    As a result, even if Plaintiff was granted a Writ of Garnishment from the Court, there would be nothing to garnish, and no account to garnish from.

    Plaintiff will instead proceed with a Motion for Writ of Execution and Discovery in Aid of Execution and in the underlying case no. 1:06-cv-00108-MP-AK.

WHEREFORE, Plaintiff withdraws his Motion for Writ of Garnishment in the above numbered cause.

Respectfully submitted,

Dated: July 20, 2007

*[signature]*
Joseph Albert Gandolff
Plaintiff Pro Se
1841 NW 55th Terrace
Gainesville, FL 32605
352-377-9920